**William C. BEAUDREAU,**
**Plaintiff–Appellant,**

v.

**Julia Smith GIBBONS, William Houston Brown, David S. Kennedy, John E. McManus, Ellen B. Vergos, Earlean M. Johnson, Craig M. Geno, Causey, Caywood, Taylor–McManus & Bailey, Thomas H. Fulton, U.S. Attorney, William C. Waller, Jr., Buchanan, Neville & Stouffer, Madalyn S. Greenwood, Wendy Warren, James L. Kirby, Harris, Shelton, Dunlap & Cobb LLpc, Berniece Bouie Donald, Edward Montedonico, James H. Allen, Earline Grayer, J Ransdell Keene, George F. Higgs, Stone, Higgs & Drexler, Arthur Ray Law Offices, Arthur E. Ray, Jr., Daniel S. Byer, David R. Huggins, Jed G. Weintraub, Monica Herring, Robert Orians, Martin, Tate, Morrow & Marston, Steven N. Douglas, John L. Ryder, Apperson, Crump, Duzane & Maxwell, B. David Sweeney, Peter D.**

**Lepiscopo, Robert R. Di Trolio, Harris, Geno & Dunbar (a.k.a. Holcomb & Dunbar), IRS Agent, Unknown Staff Attorneys, Unknown Law Clerks, Unknown Court Clerks, Unknown 6th Circuit Judges and/or Magistrates, Defendants–Appellees.**

Docket No. 00–7484.

United States Court of Appeals,
Second Circuit.

May 8, 2001.

William C. Beaudreau, pro se, Stamford, Ct., filed a brief; Kenneth D. Sisco,* Sisco & Naramore, Long Beach, Calif., presented oral argument.

Regina A. Long, Ass't U.S. Att'y, D. Conn., Hartford, Ct., for federal appellees.

Present KEARSE, SACK, Circuit Judges, and RAKOFF, District Judge.**

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the District of Connecticut, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Squatrito's Order of Dismissal, dated December 21, 1999, and his Ruling on the Plaintiff's Motion To Set Aside the Order of Dismissal, dated March 30, 2000. The

---

* According to this Court's records, at the time of oral argument Mr. Sisco was not yet a member of the Bar of this Court, had not entered an appearance in this case (although when asked at oral argument, he represented that he had), and did not move for admission *pro haec vice.* Despite the irregularities, we

*sua sponte* grant him admission *pro haec vice, nunc pro tunc.*

** Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

district court correctly ruled that it had no authority to review proceedings in the United States District Court for the Western District of Tennessee or in the United States Court of Appeals for the Sixth Circuit.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.